IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01538-REB-MEH

JOSEPH MICHAEL GREGG,

    Plaintiff,

v.

PALISADE ACQUISITION XVI, LLC, a Maryland corporation, a/k/a Palisades Collection, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 3, 2008.**

    Plaintiff's Unopposed Motion to Amend Complaint [filed September 2, 2008; docket #10] is **granted**. Plaintiff shall file his Amended Complaint in accordance with D.C. Colo. LCivR 10.1E and 10.1J and all applicable court rules on or before September 5, 2008.