IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01538-REB-MEH

JOSEPH MICHAEL GREGG,

    Plaintiff,

v.

PALISADE ACQUISITION XVI, LLC, a Maryland corporation, a/k/a Palisades Collection, LLC,
GREAT SENECA FINANCIAL CORPORATION, a Foreign Corporation,
WOLPOFF & ABRAMSON, LLP, a Foreign Limited Liability Partnership, and
SILVERMAN LAW FIRM P.C., a Colorado Professional Corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 10, 2008.**

    Defendant Silverman Law Firm's Unopposed Motion to Attend the Rule 16 Scheduling Conference Telephonically [filed October 9, 2008; docket #28] is **granted**.

    All counsel appearing by telephone shall first conference together, then call my chambers at (303) 844-4507 at the time appointed for the conference.