**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-01538-REB-MEH

JOSEPH MICHAEL GREGG,

    Plaintiff,

v.

PALISADE QCQUISITION XVI, LLC, a Maryland corporation, a/k/a Palisades Collection, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation of Dismissal** [#37] filed December 3, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#37] filed December 3, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for August 28, 2009, is **VACATED**;

3. That the jury trial set to commence September 14, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 4, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**